# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JEFF BRICE,<br><br>    Plaintiff,<br><br>v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC, ET AL,<br><br>    Defendants. | Case No. 4:22-CV-01091 |

## NOTICE OF PENDING SETTLEMENT

Plaintiff, CHRISTOPHER BELL, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendants, Defendants HEALTHCARE REVENUE RECOVERY GROUP, LLC, a/k/a ARS ACCOUNT RESOLUTION SERVICES ("HRRG") and EQUIFAX INFORMATION SERVICES, LLC ("EQUIFAX"), have reached a settlement of this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Plaintiff respectfully requests sixty (60) days to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court.

1

DATED: May 4, 2022                                    Respectfully Submitted,

*/s/ Allen Robertson*

**SHAWN JAFFER**
SB 24107817
**ALLEN ROBERTSON**
SB 24076655
**ROBERT LEACH**
SB 24103582

**JAFFER & ASSOCIATES, PLLC**
5757 ALPHA RD., STE 430
DALLAS, TEXAS 75240
(T) 214.494.1871 (F) 888.509.3910
(E) ATEAM@JAFFER.LAW
*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was electronically filed and served via CM/ECF upon the following, in accordance with the Federal Rules of Civil Procedure on May 4, 2022.

/s/ *Allen Robertson*
Allen Robertson