UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Jeff Brice, § § § Plaintiff, § § versus § § Healthcare Revenue Recovery § Group, LLC, et al., § § Defendants. § | Civil Action H-22-1091 |

## Conditional Dismissal

1. Having been notified that the parties have settled, the case is dismissed with prejudice. (12)

2. By June 17, 2022, the parties may move for reinstatement.

3. The court retains the jurisdiction to enforce the settlement.

Signed on May 4, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge