| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
June 21, 2022
Nathan Ochsner, Clerk

| Jeff Brice, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-22-1091 |
| | § | |
| Healthcare Revenue Recovery | § | |
| Group, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## Final Dismissal

1. Neither party having moved for reinstatement, the case is dismissed with prejudice.

2. The court retains the jurisdiction to enforce the settlement.

Signed on June **21**, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge